# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| **MARCIE BINDES,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. _____ |
| vs. : | |
| : | *Civil Action* |
| **BARBARA BOYER,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |

## DEFENDANT'S NOTICE OF REMOVAL
## PURSUANT TO 28 U.S.C. Section 1446

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF DELAWARE:

Defendant, Barbara Boyer by and through her undersigned attorney, hereby notices the removal of this action from the Superior Court of Delaware, New Castle County to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and as grounds therefore shows as follows:

## I. TIMELINESS OF REMOVAL

1.   Plaintiff Marcie Bindes ("Plaintiff") filed her initial complaint on or about January 8, 2024. **Exhibit A.**

2.   Defendant Barbara Boyer ("Defendant") first received notice of Plaintiff's Complaint on or about January 29, 2024, when she was served with a copy of the complaint by the Sheriff of New Castle County. **Exhibit B.**

3.   In accordance with 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal has been filed within thirty (30) days of service upon Defendant. See Delalla v. Hanover Ins., 660 F.3d 180, 182 (3d Cir. 2011).

4.   Therefore, this Notice of Removal has been timely filed.

## II. VENUE

5.      Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Delaware is the proper venue for removal because the Superior Court of Delaware, New Castle County, Delaware is located within the District of Delaware.

## III. BASIS FOR REMOVAL

### A. Diversity Jurisdiction

6.      This Court also has diversity jurisdiction over this action because, on the date that the Complaint was filed, and as of the date this Notice is filed, there exists complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000, exclusive of interest and costs.  See 28 U.S.C. § 1332(a).

#### 1. Diversity of Citizenship exists amongst Plaintiff and all Defendant

7.      According to the Complaint, Plaintiff is an individual who resides in the State of Georgia.

8.      Defendant is an individual who resides in the State of Delaware.

9.      Therefore, complete diversity exists for purposes of jurisdiction conferred by 28 U.S.C. § 1332(a).

#### 2. Amount in Controversy exceeds $75,0000

10.     The Complaint avers claims of negligence and/or premises liability against the Defendant.

11.     The value of the matter in controversy, as appearing from the allegations contained in Plaintiff's Complaint, exceed the amount of $75,000.00.

### B. All Other Removal Requirements Will Be Met

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by Defendant in the State Court Action are annexed hereto as **Exhibit A and B.**

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly filed with the Superior Court of Delaware, New Castle County, Delaware and a copy of same served upon Plaintiff's counsel. A true and correct copy of the proposed Notice is attached hereto as **Exhibit C.**

14. By filing this notice, Defendant does not waive her rights to object to service of process, the sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which she may be entitled.

15. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, notice is hereby given that this action is removed from the Superior Court of Delaware, New Castle County, Delaware to the United States District Court for the District of Delaware.

**ELZUFON AUSTIN & MONDELL, P.A.**

By: */s/ Matthew P. Donelson*
MATTHEW P. DONELSON, Esquire
Bar ID No.: 4243
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
mdonelson@elzufon.com
Phone: 302.428.3181
Fax: 302.428.3180
*Attorney for Defendant,*
*Barbara Boyer*

Date: February 21, 2024

## **CERTIFICATE OF SERVICE**

I certify that on the 21st day of February, 2024, a true and correct copy of the foregoing Defendant's Notice of Removal, was served by electronic mail and U.S. Mail, postage prepaid, on the attorney for Plaintiff at the following address:

>David C. Malatesta, Esquire
>Shelsby & Leoni
>221 Main Street
>Wilmington, DE 19804
>*Attorney for Plaintiff*

**ELZUFON AUSTIN & MONDELL, P.A.**

By: */s/ Matthew P. Donelson*
    MATTHEW P. DONELSON, Esquire
    Bar ID No.: 4243
    300 Delaware Avenue, Suite 1700
    P.O. Box 1630
    Wilmington, DE 19899
    *mdonelson@elzufon.com*
    Phone: 302.428.3181
    Fax:  302.428.3180
    *Attorney for Defendant,*
    *Barbara Boyer*

Date: February 21, 2024