## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCIE BINDES <br><br>             Plaintiff, <br>    v. <br> BARBARA BOYER, <br><br>             Defendant, <br>    v. <br> EILEEN DOHERTY, <br><br>          Additional Defendant. | **NO. 1:24-cv-00229-SRF** <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT BARBARA BOYER'S MOTION FOR DEFAULT JUDGMENT

Original Defendant, Barbara Boyer (hereinafter referred to as "Moving Defendant"), by and through its undersigned counsel, moves this Honorable Court for entry of default judgment as to the Additional Defendant, Eileen Doherty, for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(b)(2), and in support thereof avers as follows:

1.     Plaintiff, Marcie Bindes, initiated this lawsuit by way of filing a Complaint with the Superior Court of the State of Delaware against Moving Defendant on January 8, 2024. A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

2.     Plaintiff's Complaint generally alleges that she sustained injuries resulting from an alleged slip and fall incident occurring in a house located at 105 Munchy Court, Rehoboth Beach, DE (hereinafter referred to as the "Premises"), where Plaintiff alleges to have been a business invitee.

3.     Moving Defendant first received notice of Plaintiff's Complaint on or about January 29, 2024, when she was served with a copy of the Complaint by the Sherrif of New Castle County.

4.     Moving Defendant filed a Notice of Removal pursuant to 28 U.S.C. Section 1446 on February 21, 2024, which was granted by this Honorable Court.

5.     Moving Defendant then filed a Joinder Complaint against Additional Defendant on April 30, 2024, whereby Moving Defendant alleges that any injuries sustained by Plaintiff as a result of this accident, same being specifically denied, resulted solely from the negligence of Additional Defendant as Additional Defendant was responsible for maintaining the Premises in a reasonably safe manner. A true and correct copy of Moving Defendant's Joinder Complaint is attached hereto as **Exhibit B**.

6.     Additional Defendant was properly served with this Joinder Complaint on May 8, 2024, by way of personal service at Additional Defendant's last known residence at 239 South Shore Drive, Toms River, NJ 08743. A true and correct copy of the corresponding Affidavit of Service is attached hereto as **Exhibit C**.

7.     Based on the foregoing, Additional Defendant was properly served in accordance with the Federal Rule of Civil Procedure 4(e)(2)(A), which provides, in relevant part: "[A]n individual…may be served in a judicial district of the United States by…delivering a copy of the summons and of the complaint to the individual personally." See FED R. C. P. 4(e)(2)(A).

8.     Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), a Defendant must serve an Answer within twenty-one (21) days after being served with the summons and complaint. See FED R. C. P. 12(a)(1)(A)(i).

9.    Accordingly, Additional Defendant was required to serve an Answer to Moving Defendant's Joinder Complaint by May 29, 2024.

10.    As of the date of this Motion, Additional Defendant has not served an Answer to Moving Defendant's Joinder Complaint, nor has Additional Defendant taken any action in defense of this matter, despite being properly served on May 8, 2024.

11.    The Additional Defendant's default has been noted by the Clerk of Court on August 23, 2024. A true and correct copy of the Clerk's Entry of Default is attached hereto as **Exhibit D**.

12.    Pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Additional Defendant for relief sought by Moving Defendant in its Joinder Complaint. See FED R. C. P. 55(b).

13.    Additional Defendant, Eileen Doherty, is indebted to Moving Defendant, Barbara Boyer, in the following manner: this matter involves a negligence claim that Moving Defendant has alleged against Additional Defendant, following an alleged personal injury suffered by Plaintiff, Marcie Bindes, while she was a guest at the Premises in sole possession of Additional Defendant at the time of the alleged incident, and for some time prior to the incident.

Additional Defendant had agreed to lease the premises, a residential property located at 105 Munchy Court, Rehoboth Beach, DE, from Moving Defendant for a period of time in early 2022, during which Additional Defendant had sole possession of the Property and was solely responsible for maintaining the premises in a reasonably safe manner. If the allegations in Plaintiff's Complaint are true, which allegations are specifically denied by Moving Defendant, then Additional Defendant is solely liable to Plaintiff, and is liable to the Original Defendant for contribution and/or indemnification for any amount adjudged to be due to the Plaintiff as a result

of Additional Defendant's carelessness and negligence, as more fully set forth in Moving Defendant's Joinder Complaint.

WHEREFORE, Moving Defendant, Barbara Boyer, requests that default judgment be entered in favor of Defendant, Barabara Boyer and against Additional Defendant, Eileen Doherty, for any damages that Plaintiff may have sustained as a result of this incident, same being denied by Moving Defendant.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Respectfully submitted:

**THOMAS, THOMAS & HAFER, LLP**

By: */s/ Christopher M. Gallagher*
Christopher M. Gallagher, Esquire
*Attorney for Original Defendant, Barbara Boyer*

**ELZUFON AUSTIN & MONDELL, P.A.**

By:
Nathan V. Gin, Esquire (DE Bar No.# 5175)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
*Attorney for Original Defendant, Barbara Boyer*

Date: September 18, 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCIE BINDES | |
| Plaintiff, | NO. 1:24-cv-00229-SRF |
| v. | |
| BARBARA BOYER, | **JURY TRIAL DEMANDED** |
| Defendant, | |
| v. | |
| EILEEN DOHERTY, | |
| Additional Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the within document was forwarded to all

counsel of record via electronic filing and to the parties below via U.S. Certified Mail.

**<u>Eileen Doherty</u>**
239 South Shore Drive
Toms River, NJ 08753.

Respectfully submitted:

**THOMAS, THOMAS & HAFER, LLP**

By: */s/ Christopher M. Gallagher*
Christopher M. Gallagher, Esquire
*Attorney for Original Defendant, Barbara Boyer*

**ELZUFON AUSTIN & MONDELL, P.A.**

By:
Nathan V. Gin, Esquire. (DE#: 5175)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
*Attorney for Original Defendant, Barbara Boyer*

Date: <u>September 18, </u>2024