# UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| MARCIE BINDES<br>　　　Plaintiff, | C.A. NO. 1:24-CV-00229-SRF |
| vs. | **Joint Stipulation of Dismissal** |
| BARBARA BOYER<br>　　　Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARCIE BINDES, and Defendant BARBARA BOYER, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

**ELZUFON AUSTIN & MONDELL, PA**

/s/ Nathan Vincent Gin
Nathan Vincent Gin, I.D. #5175
300 Delaware Avenue
Suite 1700
Wilmington, DE 19801
(302) 428-3181
ngin@elzufon.com
*Attorney for Defendant*
Dated: January 23, 2025

*SHELSBY & LEONI*

/s/David C. Malatesta
David C. Malatesta, I.D. #3755
221 Main Street
Wilmington, DE 19804
(302) 995-6210
dmalatesta@mslde.com
*Attorney for Plaintiff*
Dated: January 23, 2025

SO ORDERED this 23rd day of January, 2025.

_____
Magistrate Judge Sherry R. Fallon